1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  EVGENIA PEKELNY,                         Case No. 4:19-cv-05617-KAW
       Plaintiff,
8                                           ORDER REGARDING UNUSABLE
       v.                                   CHAMBERS COPIES
9
   EDEN MEDICAL CENTER, et al.,             Re: Dkt. No. 18-2
10
       Defendants.
11
12
13     PLEASE TAKE NOTICE that the chambers copy of Defendants' request for judicial

14 notice was submitted in a format that is not usable by the court.

15     The chambers copy is not usable because it

16     [ ]   consists of a stack of loose paper wrapped with a rubber band;

17     [ ]   consists of a stack of loose paper fastened with a binder clip or a paper clip;

18     [ ]   is too thick to permit secure fastening with a staple, and is fastened with a

19           brad-type fastener that is too short for the thickness of the document;

20     [x]   has no tabs for the voluminous exhibits;

21     [ ]   includes exhibits that are illegible;

22     [ ]   includes exhibits that are unreadable because the print is too small;

23     [ ]   includes text and/or footnotes in a font smaller than 12 point;

24     [ ]   includes portions or exhibits that are redacted because the submitting party

25           has requested leave to file those portions under seal; or

26     [ ]   is not usable for another reason –

27
28

The paper used for the above-described chambers copy has been recycled by the court. Defendants shall submit a chambers copy in a format that is usable by the court no later than February 18, 2020.

IT IS SO ORDERED.

Dated: February 12, 2020

KANDIS A. WESTMORE
United States Magistrate Judge