**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiff EVGENIA PEKELNY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EVGENIA PEKELNY, <br><br> Plaintiff, <br><br> vs. <br><br> EDEN MEDICAL CENTER, et al. <br><br> Defendants. | Case No. 19-cv-05617-KAW <br><br> **STIPULATION AND [PROPOSED] DISMISSING ACTION WITH PREJUDICE** |

EVGENIA PEKELNY ("Plaintiff") and EDEN MEDICAL CENTER and SUTTER HEALTH (collectively, "Defendants") stipulate through their undersigned counsel, and respectfully request that this Court dismiss this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) or Fed. R. Civ. P. 41(a)(2), with each side bearing their own attorney fees, costs, and litigation expenses. The parties also request that the Court retain jurisdiction over their settlement agreement, pursuant to Paragraph 9 of General Order No. 56, until October 31, 2024.

Respectfully submitted,

Dated: December 20, 2022

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili, Attorney for Plaintiff

Dated: December 20, 2022

*/s/ Kurt Franklin*
Kurt Franklin, Attorney for Defendants

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement until October 31, 2014.

**IT IS SO ORDERED**

Dated: _____                                  _____
                                                United States Magistrate Judge